938 A.2d 982

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Charles COLEY, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 12, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of December, 2007, the Motion to Allow Nunc Pro Tunc Amendment to Allowance of Appeal and the Petition for Allowance of Appeal are hereby **DENIED.**